**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § § | Case No. 24-10119-smr |
| **1001 WL, LLC,** | § § | **Chapter 11** |
| Debtor. | § § | |
| **TIG ROMSPEN US MASTER MORTGAGE LP,** | § § § | |
| Plaintiff | § § | Adv. No. 24-01062-smr |
| v. | § § | |
| **ALI CHOUDHRI, ET AL,** Defendants. | § § § | |

**NOTICE OF WITHDRAWAL OF DOCUMENT AND STIPULATION REGARDING ANSWER DATE**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 11 trustee in the above-captioned bankruptcy case of 1001 WL, LLC ("Debtor"), and hereby provides notice that he hereby withdraws the *Motion to Dismiss for Failure to State a Cause of Action* [Dkt. No. 4] (the "MTD") that was filed on behalf of Debtor in the above-styled and numbered Adversary Proceeding.

In accordance with a stipulation (the "Stipulation") reached with counsel for Plaintiff TIG Romspen US Master Mortgage LP, the Trustee intends to file an answer on or before March 25, 2025. An order on this Stipulation is being uploaded herewith.

        Respectfully submitted,

        GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
        401 Congress Avenue, Suite 2700
        Austin, TX 78701
        Telephone: 512.480.5626

Facsimile: 512.536.9926
bcumings@gdhm.com

By:/s/ *Brian T. Cumings*
    Brian T. Cumings
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 11 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served by the Court's ECF e-filing notification on all parties receiving such notices on February 19, 2025, and as reflected below.

    John Patrick Lowe, Chapter 11 Trustee
    2402 East Main Street
    Uvalde, TX 78801

| | |
|---|---|
| 1001 WL, LLC | Stephen W. Sather |
| 2450 Wickersham Lane, Suite 202 | Barron & Newburger, PC |
| Austin, TX 78741 | 7320 N. MoPac Expy, Suite 400 |
| *Debtor* | Austin, TX 78731 |
| | *Debtor's Counsel* |

By:*/s/ Brian T. Cumings*
    Brian T. Cumings